MINUTE ENTRY  Hearing on a Motion to Prove Up Damages on Judgment by Default. Attorney Jay Sorensen was prsent with and on behalf of Plaintiff. Attorney Sorensen called witneses; Erwin Flores, Immigration Officer assigned to Department of Labor, ALien Tracking Unit. DX. Arnel Bautista, contract worker working as a heavy equipment mechanic. DX. Plaintiff displayed to the Court the torn, bloody and dirty t-shirt that he was wearing the night that he was attacked at the Cock Fight arena. Plaintiff stated that he was kicked, punched and beaten by Jesus A. Guerrero, Joseph Celis, Nick Guerrero and Glenn Quitugua. He suffered head and eye injuries due to that beating. Attorney Sorensen offered Exhibit 1 (hospital report); Exhibit 2 (medical report from optomitrist); Exhibit 3 (medical bills) to the Court to be admitted into evidence. Court received Exhibits 1,2,3 into evidence. Plaintiff seeks compensatory damages and punitive damages. After hearing testimony of witnesses and oral argument of counsel, Court stated that the motion was granted and awarded special damages in medical bills and lost work and for the additional time that the defendant lost work. Court also awarded special damages in the amount of $25,000 and punitive damages in the amount of $10,000 against both defendants. Adjourned 9:10 a.m.
;   [LV EOD 01/10/2002]