MINUTE ENTRY          9:30 a.m.

ARNEL O. BAUTISTA -vs- JOSEPH S. CELIS

PRESENT:  Hon. Alex R. Munson, Chief Judge Presiding
   Sanae Shmull, Court Reporter
   K. Lynn Lemieux, Courtroom Deputy
   Michael White, Attorney for Plaintiff

PROCEEDINGS: MOTION FOR ORDER IN AID OF JUDGMENT

 Plaintiffs were represented in court by Attorney Michael White.  Defendant Joseph S. Celis was present and unrepresented by counsel.

 Attorney White reported to the Court that there is a balance of $60,000.  Attorney White stated that Mr. Celis has not made more than two payments.

 Attorney White moved for the defendant to be sworn to answer questions.

 JOSEPH S. CELIS.  DX.

 Attorney White stated that he would not pursue an order at this time; however, he moved to be awarded $25.00 for service fees.  Court so ordered.

 Court, after hearing all testimony, requested that Attorney White prepare the order.

        Adjourned 9:45 a.m.

;
Applies to: DFT Celis, Joseph Santos [KLL EOD 06/15/2005]